IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARRAY HOLDINGS, INC. | ) | |
| | ) | |
| | ) | Cause No. 12-cv-366 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SAFOCO, INC., | ) | |
| | ) | JURY DEMAND |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

Array Holdings, Inc. and Safoco, Inc. would like to inform the court that they have reached a resolution of this matter.

Respectfully submitted,

  /s/ Jeffrey T. Roebuck
**Jeffrey T. Roebuck**
T.B.N. 24027812
**ROEBUCK, THOMAS, ROEBUCK & ADAMS**
476 Oakland Street
Beaumont, Texas 77701-2011
Ph: (409) 892-8227
Fax: (409) 892-8318
jeff@roebuckthomas.com
**ATTORNEYS FOR ARRAY HOLDINGS**

## **CERTIFICATE OF SERVICE**

I certify that on September 17, 2013, a true and correct copy of the foregoing was served to each person listed below by the method indicated.

| | |
|---|---|
| Julie B. Cunningham | ____ Certified Mail, Return Receipt Requested |
| David Anderson | ____ Personal Delivery |
| ANDERSON & CUNNINGHAM | ____ By Messenger |
| 1221 Lamar, Suite 1115 | ____ Facsimile Transfer |
| Houston, TX 77098 | ____ Regular Mail |
| | _X_ ECF |

_/s/ Jeffrey T. Roebuck_