IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARRAY HOLDINGS, INC., | § | |
| | § | |
| *PLAINTIFF*, | § | |
| v. | § | CAUSE NO. 12-cv-366 |
| | § | |
| SAFOCO, INC., | § | JURY TRIAL REQUESTED |
| | § | |
| *DEFENDANT*. | § | |

## JOINT MOTION TO REINSTATE CASE AND FOR ENTRY OF ORDER DISMISSING CASE WITH PREJUDICE

Plaintiff Array Holdings, Inc. ("Array"), and Defendant Safoco, Inc. ("Safoco") (collectively "the Parties"), jointly request that the Court reinstate this case for the limited purpose of dismissing all claims between the Parties with prejudice. On September 18, 2013, the Court entered an Order of Dismissal on Settlement Announcement (Dkt. # 210). The case was dismissed without prejudice to the right of the parties to move for reinstatement. Array and Safoco have reached an agreement to settle and compromise their differences in the case. Array asks that the Court enter a dismissal on all claims against Safoco. Safoco asks that the Court enter a dismissal on all counterclaims against Array. The parties have agreed to the filing of this joint motion to reinstate the case and for entry of an order dismissing all claims with prejudice to the rights of either party.

For the foregoing reasons, the parties respectfully request that this Court grant the Parties' request that the case be reinstated and that the Court enter an order dismissing all claims between Array and Safoco with prejudice to the rights of the parties.

Respectfully submitted

ROEBUCK, THOMAS, ROEBUCK & ADAMS

*/s/ Jeffrey T. Roebuck*
Jeffrey T. Roebuck
SBT No. 24027812
jeff@roebuckthomas.com
476 Oakland Street
Beaumont, Texas 77701-2011
Telephone:   409-892-8227
FAX: 409-892-8318
ATTORNEYS FOR PLAINTIFF
ARRAY HOLDINGS, INC.


ANDERSON & CUNNINGHAM, P.C.

/s/     *David K. Anderson*
David K. Anderson
SBT No. 01174100
SDT No. 7405
Lead Attorney
david@andersonlawfirm.com
Julie B. Cunningham
SBT No. 05240700
SDT No. 15051
julie@andersonlawfirm.com
1221 Lamar, Suite 1115
Houston, Texas 77010
Telephone: 713-655-8400
FAX: 713-650-0260

**ATTORNEYS FOR DEFENDANT SAFOCO, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument was filed electronically pursuant to Local Rule 5.1 and that a copy of this document was served upon all counsel of record pursuant to the Federal Rules of Civil Procedure and Local Rule 5.1 via the Court's CM/ECF on this 10th day of October, 2013.

                                                      /s/   *Julie B. Cunningham*
                                                      Julie B. Cunningham