IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARRAY HOLDINGS, INC., | § § | |
| PLAINTIFF, | § § | CAUSE NO. 12-cv-366 |
| v. | § § | |
| SAFOCO, INC., | § § | JURY TRIAL REQUESTED |
| DEFENDANT. | § § | |

## ORDER GRANTING JOINT MOTION TO REINSTATE CASE AND FOR ENTRY OF ORDER DISMISSING CASE WITH PREJUDICE

On this day, the Court, having considered the Joint Motion to Reinstate Case and for Entry of Order Dismissing Case with Prejudice filed by Array Holdings, Inc., and Safoco, Inc., and after considering the pleadings, evidence, and arguments of counsel finds that the motion should be GRANTED. It is, therefore,

ORDERED that the Joint Motion to Reinstate Case and for Entry of Order Dismissing Case with Prejudice is GRANTED, that the above-styled and number case is hereby reinstated for the limited of purpose of entering this Order, and that all claims between Array Holdings, Inc., and Safoco, Inc., are DISMISSED with prejudice to the rights of the parties.

*This is a Final Judgment —*

SIGNED this 16TH day of October, 2013.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE